**Order entered February 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00999-CR

### JACKY SCOTT GARRETT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-81797-2012**

## ORDER

The Court **REINSTATES** the appeal.

On January 20, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) appellant is represented by court-appointed counsel; (4) Janet Dugger is the court reporter who recorded the proceedings; (5) Ms. Dugger's explanation for the delay in filing the record is her workload; and (6) Ms. Dugger will file the record forty-five days from the February 12, 2015 hearing.

We **ORDER** Janet Dugger, official court reporter of the 296th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, by **APRIL 1, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Janet Dugger, official court reporter, 296th Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE